## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BILLY DARRIN MITCHELL                                                              PLAINTIFF

v.                                        No. 4:14CV00356 JLH

PRUDENTIAL INSURANCE COMPANY
OF AMERICA; and KIMBERLY-CLARK
CORPORATION EMPLOYEE BENEFIT PLAN                                   DEFENDANTS

### ORDER

Pursuant to the joint stipulation of dismissal, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 23rd day of December, 2014.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE